**Order entered April 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00215-CV

## SULMA GONZALES, Appellant

### V.

## THE DALLAS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF DALLAS COUNTY APPRAISAL DISTRICT AND LYONS EQUITIES, INC., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

The reporter's record in this case has not been filed. By letter dated March 21, 2016, the Court advised appellant that appellant must provide, within ten days of the date of the letter, (1) notice that appellant had requested preparation of the reporter's record; and, (2) written verification that appellant had paid or made arrangements to pay the reporter's fee; or written documentation that appellant has been found to be entitled to proceed without payment of costs. The Court cautioned appellant that if the Court did not receive the required documentation within the time specified, the Court may order the appeal submitted without the reporter's record. To date the Court has received no response. Accordingly the Court orders the appeal submitted

without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).  Appellant's brief is due on or before May 29, 2016.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE